IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES REUBEN FUNK, :
    Plaintiff :
  : CIVIL NO. 3:12-CV-01830
v. :
  : (JUDGE NEALON)
BARACK H. OBAMA, : (MAGISTRATE JUDGE BLEWITT)
    Defendants :

## ORDER

NOW, THIS 19th DAY OF DEC., 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 7) is **ADOPTED**;

2. The complaint, (Doc. 1) is **DISMISSED with prejudice**;

3. The Clerk of Courts is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith.

                                    /s/ William J. Nealon
                                  **United States District Judge**

FILED
SCRANTON
DEC 20 2012
PER _____
DEPUTY CLERK